IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DIAZ, K70268,            )<br>                                             )<br>           Petitioner,                  )<br>                                             )<br>     vs.                                    )<br>                                             )<br>R. T. C. GROUNDS, Warden,   )<br>                                             )<br>           Respondent.              )<br>_____ ) | No. C 14-1016 CRB (PR)<br><br>ORDER |

Respondent is ordered to file a reply to petitioner's opposition to respondent's motion to dismiss the petition for a writ of habeas corpus by no later than January 9, 2015.

SO ORDERED.

DATED: Dec. 16, 2014                    _____
                                                       CHARLES R. BREYER
                                                       United States District Judge

G:\PRO-SE\CRB\HC.14\Diaz, E.14-1016.or1.wpd