IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ, K70268,

        Petitioner,

  v.

R.T.C. GROUNDS, Warden,

        Respondent.
                                        /

No. CV-14-1016 CRB (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    Respondent's motion to dismiss (dkt. #6) is GRANTED. Petitioner fails to raise a claim cognizable on federal habeas, but may be able raise a claim cognizable in a § 1983 action.

Dated: January 22, 2015                                     Richard W. Wieking, Clerk

                                                                                         *Tracy Lucero*
By: Tracy Lucero
Deputy Clerk